IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| M. DOUGLAS BENSON, PhD, § | |
|     *Plaintiff* § | |
| § | |
| v. § | |
| § | Civil Action No. 3:25-cv-540 |
| TEXAS A&M UNIVERSITY § | |
|     *Defendants.* § | |
| § | |

___

**INDEX OF DOCUMENTS FROM STATE COURT'S DOCKET SHEET**
___

1.            State District Court Docket Sheet

2. 7/30/24     Plaintiff's Original Petition

3. 10/9/24     Dismissal/Status Conference Order – Plaintiff's Counsel

4. 10/9/24     Dismissal/Status Conference Order – Defendant's Counsel

5. 10/28/24    Return of Service

6. 1/30/25     Motion for Default Judgement

7. 1/30/25     Proposed Order on Motion for Default Judgement

8. 2/3/25      Defendant's Response to Plaintiff's Motion for Default Judgement

9. 2/7/25      Order Denying Plaintiff's Motion for Default Judgement

10. 2/7/25      Defendant's Original Answer

11. 2/10/25    Notice of Scheduling Conference Hearing – Plaintiff

12. 2/10/25    Notice of Scheduling Conference Hearing – Defendant