IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

M. DOUGLAS BENSON, PhD,           §
         *Plaintiff*              §
                                  §
v.                                §
                                  §        Civil Action No. 3:25-cv-540
                                  §
TEXAS A&M UNIVERSITY              §
         *Defendants.*            §
                                  §

---

### LIST OF COUNSEL OF RECORD

---

*Attorneys for Plaintiff:*
**LAUREN STONE**
State Bar No. 24107932
STONE LAW, PLLC
7104 Royal View Drive
McKinney, Texas 75070
Telephone: (214) 422-2914
Laurenelizabethstone2@gmail.com

*Attorney for Defendant:*
**ANTHONY DOLCEFINO**
Attorney-in-Charge
Texas Bar No. 24134406
Office of the Attorney General
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
Fax (512) 320-0667
Anthony.Dolcefino@oag.texas.gov

Respectfully Submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief for General Litigation Division

*/s/ Anthony Dolcefino*
**ANTHONY DOLCEFINO**
Attorney-in-Charge
Texas Bar No. 24134406
Southern District ID No. 3869872
Office of the Attorney General
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
Anthony.Dolcefino@oag.texas.gov

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing was served through CM/ECF filing, on this the 4th day of March, 2025, to:

**LAUREN STONE**
State Bar No. 24107932
STONE LAW, PLLC
7104 Royal View Drive
McKinney, Texas 75070
Telephone: (214) 422-2914
Laurenelizabethstone2@gmail.com
*ATTORNEYS FOR PLAINTIFF*

*/s/ Anthony Dolcefino*
**ANTHONY DOLCEFINO**
Assistant Attorney General